Opinion by CLINE, J.   It was stipulated that the invoice item marked "A" in protest 403026–G is the same in all material respects as the bak hop which was held free of duty under paragraph 1567, Tariff Act of 1922, in *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372), and that the invoice item marked "B" in protest 966568–G is similar to the yoke chok ping held dutiable at 10 percent under paragraph 34, Tariff Act of 1930, in *Oy Wo Tong Co.* v. *United States*, *supra.*   In accordance therewith the claims of the plaintiffs were sustained to the extent indicated.

**No. 51627.**—Protest 54807–K of City of Paris Dry Goods Co. (San Francisco).

Opinion by EKWALL, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83.)   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry.   The protest was sustained to this extent.

**No. 51628.**—Protests 108538–K, etc., of Central Madeira Corp. et al. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

MARCH 25, 1947.

**No. 51629.**—SUIT 4550.—                              —*Marshall Field & Co.* v. *United States.* C. D. 983 affirmed January 7, 1947.   C. A. D. 357.

BEFORE THE FIRST DIVISION, MARCH 26, 1947

**No. 51630.**—Protests 124852–K, etc., of W. J. Bush & Co., Inc., et al. (Baltimore).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of citronella oil the same in all material respects as that the subject of *United States* v. *Procter & Gamble Mfg. Co.* (34 C. C. P. A. 71, C. A. D. 345).   In accordance therewith the claim for free entry under paragraph 1731 was sustained.

**No. 51631.**—Protests 127883–K, etc., of P. R. Dreyer, Inc., et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of citronella oil the same in all material respects as that the subject of *United States* v. *Procter & Gamble Mfg. Co.* (34 C. C. P. A. 71, C. A. D. 345). In accordance therewith the claim for free entry under paragraph 1731 was sustained.

**No. 51632.**—Protests 994832–G, etc., of Henry Kayser & Fils, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51633.**—Protests 21001–K, etc., of Henry Kayser & Fils, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51634.**—Protests 95993–K, etc., of Amdelta Leather Co., Inc., et al. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MARCH 26, 1947

**No. 51635.**—Protests 631898–G, etc., of Fownes Bros. & Co., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of knit fabric the same in all material respects as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) were made. In accordance therewith the claim of the plaintiff was sustained.

**No. 51636.**—Protests 127734–K, etc., of Crown Publishers et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MARCH 26, 1947

**No. 51637.**—Protests 871484–G, etc., of Q. W. Lung Co. et al. (Boston).